# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

ALEX JACOBS,

      Plaintiff,

  v.

QUICKEN LOANS INC.,
a Michigan corporation,

      Defendant.

Case No. 9:15-cv-81386-KAM

## QUICKEN LOANS INC.'S NOTICE OF FILING REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT OF JEFFREY A. HANSEN

Quicken Loans Inc. hereby gives notice of filing a Reply in Support of its Motion to Exclude Portions of the Expert Report of Jeffrey A. Hansen (the "Reply"). After consulting with the seals clerk, Quicken Loans is filing the Reply—which is attached hereto and is not being filed under seal—with this notice because the Motion to Exclude Portions of the Expert Report of Jeffrey A. Hansen (Dkt. No. 138) (the "Motion to Exclude") was filed under seal and cannot be electronically referenced in CM/ECF. Plaintiff filed a Response in Opposition to the Motion to Exclude (Dkt. No. 141) on April 25, 2017, referencing Quicken Loans' Motion to Seal the Motion to Exclude (Dkt. No. 137) (the "Motion to Seal") in the CM/ECF system.

Dated: May 1, 2017

      Respectfully submitted,

/s/ *Andrew Kemp-Gerstel*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
JAMES R. LIEBLER, II
Florida Bar No. 115348
LIEBLER, GONZALEZ & PORTUONDO
44 West Flagler Street
Courthouse Tower 25th Floor
Miami, FL 33130
Tel.: 305.379.0400
Fax.: 305.379.9626
akg@lgplaw.com
jrlii@lgplaw.com

Brooks R. Brown (admitted *pro hac vice*)
W. Kyle Tayman (admitted *pro hac vice*)
GOODWIN PROCTER LLP
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax.: 202.346.4444
bbrown@goodwinprocter.com
ktayman@goodwinprocter.com

***Attorneys for Quicken Loans Inc.***

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document, filed on May 1, 2017 through the ECF system, has been sent electronically to all attorneys of record.

By: */s/ Andrew Kemp-Gerstel*
  ANDREW KEMP-GERSTEL