IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-81386-KAM

ALEX JACOBS,

Plaintiff,

v.

QUICKEN LOANS INC.,

Defendant.

CLASS ACTION

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above captioned action is hereby DISMISSED with prejudice, with each party, Plaintiff Alex Jacobs and Defendant Quicken Loans Inc., to bear his or its own attorney's fees and costs and waiving all rights to appeal. *See* Stip. Final Order of Dismissal with Prejudice [D.E. 185]. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

DONE and ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 3rd day of April 2018.

KENNETH MARRA
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

3